J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 385-3373
(702) 949-8398/fax

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE CLAY, an individual,<br><br>                                    Plaintiff,<br><br>     vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a<br>New York Corporation; RECONTRUST<br>COMPANY, a Nevada Corporation, et al.,<br>                                    Defendants. | Case:  2:09-cv-02040-RLH-RJJ<br><br><br><br>**ORDER CANCELING LIS PENDENS** |

This Court granted Defendants Countrywide Home Loans, Inc.'s and Recontrust Company's ("Defendants") Motion for Summary Judgment on April 21, 2011 [DE 37].

The Court finds that Plaintiff filed a Notice of Pendency of Action (the "Lis Pendens") on or about September 25, 2009, in the Eighth Judicial District Court of the State of Nevada before the action was removed to this Court.  A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens and the Court's prior order, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1.     IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens referenced above and any other lis pendens recorded by Plaintiff is hereby cancelled, released, and expunged.

2.     This order has the same effect as an expungement of the original Lis Pendens and any other lis pendens.

1    3.    IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants

2  record a properly certified copy of this cancellation order in the real property records of Clark

3  County, Nevada within a reasonable amount of time from the date of this order's issue.

4

5                    IT IS SO ORDERED.

6

7                    By _____

8                         UNITED STATES DISTRICT COURT JUDGE

9                    DATED: _____May 10, 2011_____

10

11

12

13

14

15

16

17

18

19

20  Submitted by:

21  LEWIS AND ROCA LLP

22

23  By: _____

24       J. CHRISTOPHER JORGENSEN, ESQ.
         3993 Howard Hughes Pkwy., Ste. 600
25       Las Vegas, NV 89169

26       Attorneys for Defendants Countrywide Home
         Loans, Inc. and Recontrust Company

27

28

EXHIBIT "A"

# EXHIBIT "A"

ORIGINAL

FILED

SEP 25 2009

CLERK OF COURT

1   PARCEL NO (163-31-416-047)
    BOGGESS & HARKER
2   MICHAEL J. HARKER, ESQ.
    Nevada Bar No. 005353
3   5550 Painted Mirage Road, Suite 255
    Las Vegas, Nevada 89149
4   (702) 233-5040
    Attorney for Plaintiff

5                          DISTRICT COURT

6                     CLARK COUNTY, NEVADA

7   DANIELLE CLAY, an individual        CASE NO: A09-600081-C
                                        DEPT NO: II
8                      Plaintiffs,
9   vs.
    COUNTRYWIDE HOME LOANS INC., a      NOTICE OF LIS PENDENS
10  New York Corporation, RECONTRUST
    COMPANY a Nevada Corporation and
11  DOES I through X inclusive,

12                     Defendants.

13          NOTICE is hereby given that an action has been commenced and is now pending in this court

14  on the Complaint of the above-named Plaintiff against the above-named Defendants, seeking that the

15  title to said interest of the parties to be granted to Plaintiff.

16          The real property in the County of Clark affected thereby is particularly described as follows:

17          SUNSET RIDGE NORTH
            PLAT BOOK 126 PAGE 73
18          LOT 47
            PARCEL NO.163-31-416-047
19
20          Commonly known as 6457 Lovett Canyon Street, Las Vegas, Nevada 89148.

21          DATED this 25 day of September, 2009.

22
                                        BOGGESS & HARKER
23
                                        BY:
24                                      MICHAEL J. HARKER, ESQ.,
                                        Nevada State Bar Number 5353
25                                      5550 Painted Mirage Road, Suite 255
                                        Las Vegas, NV 89149
26          RECEIVED                     Attorney for Plaintiff

27          SEP 25 2009
28          CLERK OF THE COURT                    A-09-600081-C
                                                  420105
                                    1

BOGGESS & HARKER
5550 Painted Mirage Road, Suite #255
Las Vegas, Nevada 89149
(702) 233-5040 - Fax 233-2209